UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIOKI SNOWDEN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | NO.  CV 23-6442-HDV (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

　　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice as untimely.

DATED: May 8, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HERNAN D. VERA
　　　　　　　　　　　　　　　　　　United States District Judge